IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BERENICE HENRIQUEZ LARA | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. 7:22-cv-00222 |
| v. | § | |
| | § | |
| THE WHOLESALE CLUB, LLC | § | JURY DEMANDED |
|     Defendant. | § | |

**NOTICE OF REMOVAL OF ACTION**
**UNDER 28 U.S.C. §§ 1332 and 1441 (DIVERSITY)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW SAM'S EAST, INC., (incorrectly sued as "The Wholesale Club, LLC"), Defendant in the above entitled and numbered cause, and files this Notice of Removal of the present cause from the County Court At Law No. 2 of Hidalgo County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, McAllen Division, showing the Court in support as follows:

1. This lawsuit was commenced in the County Court At Law No. 2 of Hidalgo County, Texas, on May 9, 2022, when Plaintiff's Original Petition was filed in Cause No. CL-22-1684-B wherein Plaintiff Berenice Henriquez Lara ("Plaintiff") incorrectly named THE WHOLESALE CLUB, LLC (SAM'S EAST, INC) as the Defendant. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes as Exhibit "A".

2. Defendant SAM'S EAST, INC., (incorrectly sued as "The Wholesale Club, LLC"), was served with a courtesy copy of Plaintiff's Original Petition on June 14, 2022. To date, Plaintiff has yet to formally serve Defendant.

3. Plaintiff filed this civil action against SAM'S EAST, INC., (incorrectly sued as "The Wholesale Club, LLC"), asserting premises liability and negligence claims arising from an

incident which is alleged to have occurred on or about May 8, 2021, while Plaintiff was a patron at Defendant's premises located at 7601 N. 10th Street in McAllen, Texas, 78503.

4. Defendant SAM'S EAST, INC. (incorrectly sued as "The Wholesale Club, LLC"), filed a responsive pleading in State Court on June 30, 2022, a copy of which is attached hereto and incorporated herein for all purposes as Exhibit "C".

5. Plaintiff resides in Hidalgo County, Texas. Plaintiff was at the time of the filing of this lawsuit, and remains, a citizen of the State of Texas.

6. Defendant SAM'S EAST, INC. (incorrectly sued as "The Wholesale Club, LLC"), was, at the time of the filing of Plaintiff's Original Petition, and is at the time of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Arkansas with its principal place of business in the State of Arkansas. Defendant SAM'S EAST, INC. (incorrectly sued as "The Wholesale Club, LLC"), is therefore a citizen of the State of Arkansas.

7. Complete diversity of citizenship therefore exists between the adverse parties in the present lawsuit as between the Plaintiff and Defendant for the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441.

8. Plaintiff seeks "monetary relief between $250,000.00 but no more than $1,000,000.00." Therefore, the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.

9. This action is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code §§ 1332 and 1441(a) in that it is a civil action between completely diverse parties and that amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

10. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

11. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendant to Plaintiff will be provided as required by law. A copy of this Notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

12. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant prays for removal of the above entitled and numbered cause from the County Court At Law No. 2 of Hidalgo County, Texas to this Honorable Court.

> Respectfully submitted,
>
> COLVIN, SAENZ, RODRIGUEZ & KENNAMER, L.L.P.
>
> By: /s/ Jacob T. Casso
> Jaime A. Saenz
> Texas Bar No. 17514859
> Federal Bar No. 7630
> Email: ja.saenz@rcclaw.com
> Jacob T. Casso
> Texas Bar No. 24116178
> Federal Bar No.
> Email: jt.casso@rcclaw.com
> 1201 East Van Buren Street
> Brownsville, Texas 78520
> (956) 542-7441
> (956) 541-2170 Fax
>
> ATTORNEYS FOR DEFENDANT
> SAM'S EAST, INC. (INCORRECTLY SUED AS "THE WHOLESALE CLUB, LLC"),

# **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on this the 12th day of July, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.1(d).

*/s/ Jacob T. Casso*
Jacob T. Casso